# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2019

## NO. 03-19-00519-CV

**Enedino Ramirez, Appellant**

**v.**

**Daniel Cano, Jr., Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on March 7, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.